UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMEL BORN ALLAH EL,

    Plaintiff,

v.    Case No: 8:19-cv-1986-T-36SPF

THOMAS L. BADEN, CHARLES F.
FELDMAN, JOHN F. KENDALL,
JONATHAN A. LAMBERT and
MARLENE S. NEIFERT,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn (Doc. 18). In the Report and Recommendation, Magistrate Judge Flynn recommends that: (1) Plaintiff's motion to proceed *in forma pauperis* (Doc. 16) be denied; and (2) Plaintiff's Second Amended Complaint (Doc. 15) be dismissed with prejudice. Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On May 26, 2020, Plaintiff filed objections to the Report and Recommendation. *See* Doc. 19.

The Court has undertaken a *de novo* review of the record in conjunction with Plaintiff's specific objections and concludes that Plaintiff's objections are without merit. Upon consideration of the Report and Recommendation and Plaintiff's objections thereto, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    Plaintiff's objections to the Report and Recommendation are **OVERRULED**.

(2) The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(3) Plaintiff's motion to proceed *in forma pauperis* (Doc. 16) is **DENIED**.

(4) Plaintiff's Second Amended Complaint (Doc. 15) is **DISMISSED** with prejudice.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on December 1, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record